IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMIRO GONZALEZ, ANNA SAUCEDO, ADALBERTO GONZALEZ, GUSTAVO GONZALEZ, and FAMILY BANK AND TRUST, AS TRUSTEE | ) ) ) ) ) ) | |
| -vs- | ) ) | No. 06 CV 3961 |
| LARRY DOMINICK, in his individual capacity, MICHALE DEL GALDO, JOSEPH GIGLIO, GIGLIO AND DEL GALDO, LLP, and the TOWN OR CICERO | ) ) ) ) ) ) ) | *(Judge Leinenweber)* |

## MOTION OF KENNETH N. FLAXMAN FOR LEAVE TO WITHDRAW AS AN ATTORNEY FOR PLAINTIFFS

The undersigned attorney respectfully requests leave to withdraw as one of the attorneys for plaintiffs.

Grounds for this motion are as follows:

1. The undersigned attorney was asked by attorney Ronald J. Lukes to assist in this case; attorney Lukes informed counsel that he had spoken with the plaintiffs who agreed that the undersigned could appear in the case as an additional attorney for plaintiffs.

2.  The undersigned attorney has participated in this case as a personal favor to Mr. Lukes and has not received any fee nor had any client contact.

3.  It appears that all of the attorneys who have appeared for the plaintiffs are seeking to withdraw and the undersigned seeks to join in these motions.

It is therefore respectfully requested that the Court grant attorney Kenneth N. Flaxman leave to withdraw as an attorney for plaintiffs.

                                                    Respectfully submitted,

                                    /s/  <u>Kenneth N. Flaxman</u>
                                       Kenneth N. Flaxman
                                       ARDC 830399
                                       200 S Michigan Ave, Ste 1240
                                       Chicago, IL 60604
                                       (312) 427-3200

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lawrence Jay Weiner, Laner, Muchin, Dombrow, Becker,, Levin & Tominberg, Ltd., 515 N State St Ste 2800, Chicago, IL 60654-4688 , and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: NONE.

/s/ Kenneth N. Flaxman

_____

Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)